## File Hashes for IP Address 108.51.111.239

**ISP:** Verizon Online, LLC
**Physical Location:** Fairfax Station, VA

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 07/26/2015 05:31:49 | D12BBD2549888749C31D50F671AE4C51B894329A | Why I Love Czech Girls |
| 07/26/2015 03:03:52 | 1B43019F700D81F7C5E99856E734EA268F101768 | Deep Blue Passion |
| 07/26/2015 03:03:19 | 12A7FAF6473966D5852C97D1452D1A24B118E63D | Red Hot and Ready |
| 07/25/2015 11:54:50 | F3D179B94714B79A77DDA493D0D887D2D91E8814 | Fuck Me More |
| 07/25/2015 11:41:33 | 65E7F4F0559191FC09B4D95A91E54F6ED6004005 | All Oiled Up |
| 07/25/2015 10:31:33 | D5ABE1D926E20F257D3ECF003F28A733C2801684 | Forever You Part #2 |
| 07/25/2015 10:30:56 | 2F4771020A9701851F7D58DDEC8A77D916B55650 | Exposed And Aroused |
| 07/25/2015 10:27:15 | FC886EF2E1708CFC7115D2DDF773C6118755F233 | Lovers Way |
| 07/25/2015 10:23:39 | 8250B445B86BD4A8B21BCF797709F99F54BC3689 | Do Me Darling |
| 07/25/2015 08:20:52 | 53FDCC532176466BE56AD3619036F6EB2B26D302 | Go Down On Me |
| 07/25/2015 07:14:02 | 5C5754B5C8331B230119E97332848690BD0EB76F | Our Little Cum Cottage |
| 07/25/2015 05:40:43 | 4F3FF9E3442937E1306B25BC152C61BE6AFF6EDA | Veronika Coming Home |
| 07/21/2015 03:41:13 | D0906DFFF52E0C6DE4DA5485D185AFC1BA50D585 | Back to Bed |
| 07/16/2015 11:05:34 | 42E971103CB6F4DF101C8982D0E122F5755324A0 | Rose Petals |
| 07/16/2015 09:29:26 | A1EEE32071AB6516C0B31A75DA6414DB4B464ADE | Let Me Take Your Picture |
| 07/16/2015 06:32:29 | 58A7EED69689F531C6553857036DAB160CC78423 | Love From USA |
| 07/16/2015 06:23:21 | BC9C03DEE890E86F84D428396B554E30A8628E4B | Capture Me |
| 07/16/2015 05:54:38 | 5C30DE82F7E89D24029295062F75FF4DE909D8FE | Catching The Sun |
| 07/16/2015 05:10:37 | 8A0D26C7EFC6CA7D6BEC9135FA56CA8B876ED860 | No Hurry |
| 06/29/2015 03:26:02 | 8D2C71BBCC526E214853EB335EDBBDE2AF85FCDF | In for the Night |

**Total Statutory Claims Against Defendant: 20**

EXHIBIT A

EVA281