Copyrights-In-Suit for IP Address 108.51.111.239

**ISP:** Verizon Online, LLC
**Location:** Fairfax Station, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Why I Love Czech Girls | PA0001922272 | 11/07/2014 | 11/14/2014 | 07/26/2015 |
| Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 07/26/2015 |
| Red Hot and Ready | PA0001935104 | 03/03/2015 | 03/11/2015 | 07/26/2015 |
| Fuck Me More | PA0001923957 | 11/22/2014 | 12/08/2014 | 07/25/2015 |
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 07/25/2015 |
| Forever You Part #2 | PA0001923966 | 11/30/2014 | 12/08/2014 | 07/25/2015 |
| Exposed And Aroused | PA0001921293 | 11/01/2014 | 11/06/2014 | 07/25/2015 |
| Lovers Way | PA0001905141 | 06/21/2014 | 07/02/2014 | 07/25/2015 |
| Do Me Darling | PA0001921297 | 10/24/2014 | 11/06/2014 | 07/25/2015 |
| Go Down On Me | PA0001904131 | 06/11/2014 | 06/19/2014 | 07/25/2015 |
| Our Little Cum Cottage | PA0001914537 | 09/05/2014 | 09/17/2014 | 07/25/2015 |
| Veronika Coming Home | PA0001774761 | 01/25/2012 | 02/03/2012 | 07/25/2015 |
| Back to Bed | PA0001847656 | 06/08/2013 | 06/18/2013 | 07/21/2015 |
| Rose Petals | PA0001838598 | 04/17/2013 | 04/28/2013 | 07/16/2015 |
| Let Me Take Your Picture | PA0001862486 | 09/14/2013 | 09/18/2013 | 07/16/2015 |
| Love From USA | PA0001928430 | 01/03/2015 | 01/19/2015 | 07/16/2015 |
| Capture Me | PA0001944202 | 05/16/2015 | 05/26/2015 | 07/16/2015 |
| Catching The Sun | PA0001950762 | 07/09/2015 | 07/13/2015 | 07/16/2015 |
| No Hurry | PA0001868811 | 11/07/2013 | 11/10/2013 | 07/16/2015 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 06/29/2015 |

**Total Malibu Media, LLC Copyrights Infringed: 20**

EXHIBIT B

EVA281